**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1515**

---

CHUKWUEMEKA F. MBADIWE,

Plaintiff - Appellant,

versus

UNION REGIONAL MEDICAL CENTER; JOHN W.
ROBERTS; ROBERT AUSTIN; EDWARD BOWER, in their
individual and official capacities,

Defendants - Appellees,

and

CAROLINA HEALTHCARE SYSTEM, INCORPORATED;
ROBIN CONNELLEY,

Defendants.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Senior
District Judge. (3:05-cv-00049)

---

Submitted: January 31, 2008      Decided: February 12, 2008

---

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

U. Wilfred Nwauwa, LAW OFFICES OF U. WILFRED NWAUWA, Charlotte, North Carolina, for Appellant.  Charles E. Johnson, ROBINSON, BRADSHAW & HINSON, P.A., Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuemeka F. Mbadiwe, M.D., appeals the district court's order granting Defendants' motion for summary judgment and dismissing his civil rights action, filed pursuant to 42 U.S.C. § 1981 (2000), in which Mbadiwe asserted Defendants discriminated against him on the basis of his race and national origin by revoking and restricting Mbadiwe's privileges to perform surgery at Union Regional Medical Center. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mbadiwe v. Union Reg'l Med. Ctr., No. 3:05-cv-00049 (W.D.N.C. Apr. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -